IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CORTES GENE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CORINNE CORTES,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-05-1359 AWI LJO<br><br>**ORDER TO SIGN AND RETURN<br>MAGISTRATE JUDGE CONSENT FORM** |

The parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge.  Accordingly, this Court ORDERS plaintiff's counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. Plaintiff's counsel shall sign and date the consent form for plaintiff and then file the signed form with the Court no later than January 27, 2006. Defense counsel has already signed and filed the consent form.

**The new case number shall be CV F 05-1359 LJO.  All further papers shall bear the new case number.**

IT IS SO ORDERED.

**Dated:    January 10, 2006**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
b9ed48　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE