IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CORTES GENE,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>CORINNE CORTES,<br><br>　　　　　Respondent.<br>_____/ | CASE NO. CV-F-05-1359 AWI LJO<br><br>**ORDER STAYING FAMILY LAW PROCEEDINGS** |

This Court conducted a scheduling conference on January 10, 2006 in Department 6 (LJO). Petitioner Daniel Cortes Gene appeared by telephone by counsel Brent Seymour of Schapiro Thorn. Respondent Corinne Cortes appeared by telephone by counsel Stephen Kalemkarian, Law Office of Stephen Kalemkarian.

This petition is brought pursuant to The Convention of the Civil Aspects of International Child Abduction, done at the Hague on 25 October 1980 (Convention) and 42 U.S.C. 11603(b), the International Child Abduction Remedies Act (ICARA). Petitioner filed this action under the Hague Convention seeking the return of his daughters, Laura Cortes, born August 20, 1996, and Adina Cortes, born March 23, 2000, whom Petitioner claims are being wrongfully retained in Wawona, California by Respondent, Corinne Cortes.

/////

/////

/////

1  Pursuant to the agreement of the parties discussed and entered into at the scheduling conference
2  on January 10, 2006, the Court HEREBY STAYS all family law matters pending between petitioner and
3  respondent; *provided however*, all current orders shall remain in effect, but the parties shall not
4  undertake any enforcement proceedings of such orders.  This STAY DOES NOT APPLY to the
5  dissolution proceedings as to petitioner's and respondent's marital status.
6  The Clerk of this Court is ORDERED TO serve a certified copy of this order on the Superior
7  Court of California, County of Mariposa, at 5088 Bullion Street, P.O. Box 28, Mariposa, CA 95338.
8  (Mariposa
9  Civil Case no. 5617.)
10 IT IS SO ORDERED.
11 **Dated:   January 10, 2006**            /s/ Lawrence J. O'Neill
   b9ed48                                  UNITED STATES MAGISTRATE JUDGE