1  SCHAPIRO•THORN, INC.
   Suzie S. Thorn (SBN 29037)
2  Brent D. Seymour (SBN 148737)
   1242 Market Street, 5th Floor
3  San Francisco, CA  94102
   (415) 431-5772
4  Attorneys for Petitioner, Daniel Cortes

5  STEPHEN A. KALEMKARIAN, INC. (SBN 041979)
   A Professional Law corporation
6  371 E. Bullard Avenue, Suite 115
   Fresno, California 93710
   (559) 435-2525
7  Attorney for Respondent, Corinne Cortes

FILED

MAR 2 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ.

| | |
|---|---|
| DANIEL CORTES GENE<br><br>    Petitioner,<br><br>    vs.<br><br>CORINNE CORTES,<br><br>    Respondent. | Case No. 1:05-cv-01359-AWI-LJO<br>STIPULATION REGARDING PETITIONER'S TIME TO FILE AND SERVE REPLY BRIEF |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]
---------------
International Child Abduction Remedies Act
42 U.S.C. 11601 et seq.

Stipulation re Time to File Reply Brief

-1-

WHEREAS,

1. The Court issued an Order Setting Briefing and Trial Schedule on January 10, 2006. That Order states that Petitioner's Reply Brief is to be filed and served on April 7, 2006.

2. For the convenience of the parties, counsel have arranged to take depositions of the parties and witnesses in Fresno, California on April 5 and April 6, 2006.

3. Because of the travel time from San Francisco to Fresno and the deposition time, Petitioner's counsel will lose at least 4 days of the time he has to prepare the reply brief.

THE PARTIES STIPULATE, THROUGH THEIR ATTORNEYS,

1. Petitioner's time to file and serve his reply brief is extended one week to April 14, 2006.

Dated: March 21, 2006                           SCHAPIRO•THORN, INC.


                                                by:/s/ Brent D. Seymour
                                                   Brent D. Seymour
                                                   Attorneys for Petitioner, Daniel Cortes Gene

Dated: March 21, 2006

                                                /s/ Stephen A. Kalemkarian
                                                   Stephen A. Kalemkarian
                                                   Attorneys for Respondent, Corinne Cortes


GOOD CAUSE APPEARING, IT IS SO ORDERED,

Dated: March 23, 2006

                                                _____
                                                Lawrence J. O'Neill
                                                U.S. Magistrate Judge

Stipulation re Time to File Reply Brief