SCHAPIRO•THORN, INC.
Suzie S. Thorn (SBN 29037)
Brent D. Seymour (SBN 148737)
1242 Market Street, 5th Floor
San Francisco, CA 94102
(415) 431-5772
Attorneys for Petitioner, Daniel Cortes

STEPHEN A. KALEMKARIAN, INC. (SBN 041979)
A Professional Law corporation
371 E. Bullard Avenue, Suite 115
Fresno, California 93710
(559) 435-2525
Attorney for Respondent, Corinne Cortes

**FILED**
MAR 2 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SITTING AS A TREATY TRIBUNAL UNDER ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ.

| | |
|---|---|
| DANIEL CORTES GENE,<br><br>Petitioner,<br><br>vs.<br><br>CORINNE CORTES,<br><br>Respondent. | Case No. 1:05-cv-01359-AWI-LJO<br>STIPULATION REGARDING PETITIONER'S VISITATION WITH CHILDREN |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]
---------------
International Child Abduction Remedies Act
42 U.S.C. 11601 et seq.

Stipulation re Visitation

-1-

1  WHEREAS,

2  Petitioner, Daniel Cortes is coming to California for depositions in April and the parties have
3  agreed that he may have a visit with his children, Laura and Adina Cortes.

4  THE PARTIES STIPULATE, THROUGH THEIR ATTORNEYS,

5  1. Petitioner will pick up the children from their school at the end of the school day on Friday, April
6  7, 2006. He will return the children to Respondent in Wawona, California no later than 6:00 p.m. on
7  Tuesday, April 11, 2006.

8  2. Petitioner will not remove the children from the State of California.

9  3. Petitioner shall advise Respondent of all travel plans for the minor children and provide
10 Respondent . with a telephone number where he can be contacted in the event of an emergency.

11 4. The Court may use any of its powers, including the applicable laws of the United States and the
12 State of California to enforce this order.

Dated: March 21, 2006                                SCHAPIRO•THORN, INC.

                                                     by:/s/ Brent D. Seymour
                                                         Brent D. Seymour
                                                     Attorneys for Petitioner, Daniel Cortes Gene

Dated: March 21, 2006

                                                     /s/ Stephen A. Kalemkarian
                                                         Stephen A. Kalemkarian
                                                     Attorneys for Respondent, Corinne Cortes

GOOD CAUSE APPEARING, IT IS SO ORDERED,

Dated: March 23, 2006

                                                     [signature]
                                                     U.S. Magistrate Judge

Stipulation re Visitation

-2-