1  SCHAPIRO•THORN, INC.
   Suzie S. Thorn (SBN 29037)
2  Brent D. Seymour (SBN 148737)
   1242 Market Street, 5th Floor
3  San Francisco, CA  94102
   (415) 431-5772
4  Attorneys for Petitioner, Daniel Cortes

5  STEPHEN A. KALEMKARIAN, INC. (SBN 041979)
   A Professional Law corporation
6  371 E. Bullard Avenue, Suite 115
   Fresno, California 93710
7  (559) 435-2525
   Attorney for Respondent, Corinne Cortes

FILED
MAY 3 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ.

| | |
|---|---|
| DANIEL CORTES GENE<br><br>Petitioner,<br><br>vs.<br><br>CORINNE CORTES,<br><br>Respondent. | Case No. 1:05-cv-01359-AWI-LJO<br>STIPULATION REGARDING PETITIONER'S VISITATION WITH CHILDREN ON JUNE 3 AND 4, 2006 |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]
---------------
International Child Abduction Remedies Act
42 U.S.C. 11601 et seq.

Stipulation re June Visitation

-1-

1     WHEREAS,

2     Petitioner, Daniel Cortes is coming to California for a settlement conference on June 5, 2006 and

3 the parties have agreed that he may have a visit with his children, Laura and Adina Cortes.

4     THE PARTIES STIPULATE, THROUGH THEIR ATTORNEYS,

5 1.    Petitioner will pick up the children from their home at 9:00 a.m. on Saturday, June 3, 2006.  He

6 will return the children to Respondent in Wawona, California no later than 6:00 p.m. on Sunday, June 4,

7 2006.

8 2.    Petitioner will not remove the children from the State of California.

9 3.    Petitioner shall advise Respondent of all travel plans for the minor children and provide

10 Respondent . with a telephone number where he can be contacted in the event of an emergency.

11 4.    The Court may use any of its powers, including the applicable laws of the United States and the

12 State of California to enforce this order.

13

14 Dated: May 31, 2006                          SCHAPIRO•THORN, INC.

15

16                                               by:/s/ Brent D. Seymour

17                                                    Brent D. Seymour
                                            Attorneys for Petitioner, Daniel Cortes Gene

18 Dated: May 31, 2006

19

20                                            /s/ Stephen A. Kalemkarian
                                             Stephen A. Kalemkarian

21                                              Attorneys for Respondent, Corinne Cortes

22 GOOD CAUSE APPEARING, IT IS SO ORDERED,

23

24 Dated: May 31, 2006

25                                              [signature]
                                             U. S. Magistrate Judge

26

Stipulation re June Visitation