STEPHEN A. KALEMKARIAN, INC., #041979
A Professional Law Corporation
371 E. Bullard Avenue, Suite 115
Fresno, California 93710
Telephone: (559) 435-2525

Attorney for Respondent
         CORINNE CORTES

**FILED**

JUN 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11602 ET SEQ.

* * * * *

| | |
|---|---|
| DANIEL CORTES GENE, | Case No. CV F 05 1359 LJO |
|          Petitioner, | ORDER AFTER HEARING--<br>JUNE 5, 2006 |
| vs. | |
| CORINNE CORTES, | |
|          Respondent, | |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]

--------------------

International Child Abduction Remedies Act
42 U.S.C. 11601 et seq.

ORDER AFTER HEARING

CORTES GENE & CORTES                                    No. CV-F-05-1359 AWI LJO

A Settlement Conference having come on regularly for hearing on June 5, 2006, in Department No. 7 of the above-entitled Court, before the Honorable SANDRA M. SNYDER, Magistrate Judge, and Petitioner appearing in person and by counsel, BRENT D. SEYMOUR, and Respondent appearing in person and by counsel, STEPHEN A. KALEMKARIAN; and

The parties having stipulated in open Court to the following orders through their respective counsel, in partial settlement of the issues before the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. **DISMISSAL OF HAGUE CONVENTION ISSUES**: That the Hague Convention issues have been dismissed. Therefore, the motions in limine hearing date of June 23, 2006, and bench Trial date of July 18, 2006, before Judge Larry O'Neill are vacated.

2. **JURISDICTION OF ISSUES RELATED TO CHILDREN IN FEDERAL COURT**: That the parties have stipulated that jurisdiction for all issues related to the minor children of the parties, including child custody, child visitation, and child support, shall be with the Honorable SANDRA M. SNYDER of this Court, and, that there is no further jurisdiction being with either the State of California, County of Mariposa, Superior Court proceeding, or, the Spanish Court proceeding, previously filed by the Respondent, and the Petitioner, respectively, with respect to the issues of child custody, child visitation, and child support.

3. **FURTHER SETTLEMENT CONFERENCE**: That there shall be a further Settlement Conference on the issues of child custody, child visitation, and child support, to be held on June 20, 2006, at 10:00 a.m., before the Honorable Sandra M. Snyder, to which Respondent is ordered to appear, and to bring her parents. That the parties stipulated, and it is ordered, that Petitioner can be available by telephone from Spain.

4. **DISMISSAL OF CHILDREN'S ISSUES FROM MARIPOSA COUNTY SUPERIOR COURT PROCEEDING**: That Respondent has stipulated to dismiss the remaining

ORDER AFTER HEARING

CORTES GENE & CORTES                                        No. CV-F-05-1359 AWI LJO

pending issues of child custody, child visitation, and support in the State of California, County of Mariposa, Superior Court proceeding.

       BOTH PETITIONER AND RESPONDENT WERE PERSONALLY PRESENT IN OPEN COURT WHEN THE ABOVE ORDERS WERE AUDIBLY PRONOUNCED IN HIS AND HER PRESENCE.

APPROVED:

Dated: _June 20_, 2006.

SHAPIRO, THORN, INC.

_____
BRENT D. SEYMOUR
Attorney for Petitioner

       Done in Open Court on June 5, 2006, and signed this 20th day of June, 2006.

_____
JUDICIAL OFFICER
SANDRA M. SNYDER