UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL CORTES GENE,                1:05-cv-01359-SMS

    Plaintiff,

vs.                                **ORDER RE: SPECIAL MASTER**

CORINNE CORTES,

    Defendant.
_____/

    During the telephonic status conference on July 26, 2006, the parties agreed to Dr. Christine Pigeon serving as a special master pursuant to the terms of the settlement in this matter. The Court contacted Dr. Pigeon by telephone. Agreeing to serve as the special master, counsel shall meet and confer and send a joint letter of case introduction to Dr. Pigeon, together with a copy of the settlement agreement, as follows:

        Dr. Christine Pigeon
        5625 College Avenue
        Oakland, CA 94618
        (510) 653-5238 ~ Office
        (510) 530-4681 ~ Fax
        cdpigeon@comcast.net

//

/

1

Should counsel have any questions or requests for clarification, they shall schedule a telephonic conference call with the Court by contacting Courtroom Deputy Harriet Herman at (559) 499-5692.

IT IS SO ORDERED.

**Dated:   September 8, 2006**          /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE