1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11  DANIEL CORTES GENE,                1:05-cv-01359-SMS

12              Plaintiff,

13  vs.                          **ORDER RE: WINTER TRAVEL**
                                 **SCHEDULE FOR CHILDREN**
14  CORINNE CORTES,

15              Defendant.
    _____/
16

17      In response to the Court's request regarding an issue raised

18  during the hearing of July 26, 2006, relating to this coming

19  winter's travel schedule for the children, the Court received

20  copies of the airline tickets already purchased for the delivery

21  of the girls to Spain and return to the United States.  See

22  Transcript of Proceedings, July 26, 2006, pages 10-23.

23      Inasmuch as it does appear as though Respondent, Corinne

24  Cortes, has already purchased the airline tickets, done so on

25  June 29, 2006, the Court makes the ORDER that the winter child

26  visitation for Petitioner, Daniel Cortes Gene, is hereby SET

27  pursuant to the dates of the tickets.  Respondent shall deliver

28  the children to Petitioner on the morning of December 23, 2006

                                    1

(having left Fresno, CA, in the early morning December 22, 2006), and shall return to the United States with the children on January 6, 2007.

All remaining disputes regarding the exchange of the children, pursuant to the terms and conditions of the settlement agreement, shall be presented to the special master for resolution and/or subsequent order of this Court following presentation to the special master.

IT IS SO ORDERED.

**Dated:   September 8, 2006**                    **/s/ Sandra M. Snyder**
icido3                                            UNITED STATES MAGISTRATE JUDGE