SCHAPIRO•THORN, INC.
Suzie S. Thorn (SBN 29037)
Brent D. Seymour (SBN 148737)
1242 Market Street, 5th Floor
San Francisco, CA  94102
(415) 431-5772
Attorneys for Petitioner, Daniel Cortes

STEPHEN A. KALEMKARIAN, INC. (SBN 041979)
A Professional Law corporation
371 E. Bullard Avenue, Suite 115
Fresno, California 93710
(559) 435-2525
Attorney for Respondent, Corinne Cortes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ.

| | |
|---|---|
| DANIEL CORTES GENE,<br><br>　　Petitioner,<br><br>vs.<br><br>CORINNE CORTES,<br><br>　　Respondent. | Case No. 1:05-cv-01359 SMS<br><br>STIPULATION REGARDING CONTINUATION OF COURT'S JURISDICTION;<br><br>ORDER |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]
---------------
International Child Abduction Remedies Act
42 U.S.C. 11601 et seq.

Stipulation re Continuation of Court's Jurisdiction
Cortes Gene v. Cortes, No. CV-F-05-1359 SMS

-1-

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS,

1. The parties stipulated, and the Court so ordered in its order of June5, 2006, that jurisdiction for all issues related to the minor children of the parties, including child custody, child visitation, and child support shall be with the Honorable Sandra M. Snyder, of the United States District Court, Eastern District of California, and that there is no jurisdiction with the State of California, county of Mariposa, Superior court, or the Spanish Court, with respect to the issues of child custody, child visitation, and child support.

2. In the Court's Order of June 20, 2006, Magistrate Judge Sandra M. Snyder retained jurisdiction over all of the children's issues including child custody, child visitation, and child support for a period of at least two years from the date of the Order, or until at least June 20, 2008.

3. The parties continue to face significant issues involving the children and have been working with Special Master Dr. Christine Pigeon, appointed by the Court on September 8, 2006.

4. The parties feel that it is in the best interests of the children and the parties, and therefore respectfully request that Magistrate Judge Snyder retain jurisdiction beyond June 20, 2008, continuing until further order of the Court.

THE PARTIES STIPULATE, THROUGH THEIR ATTORNEYS,

1. Magistrate Judge Sandra M. Snyder shall retain jurisdiction over all issues related to the minor children of the parties, including child custody, child visitation, and child support.

Dated: February 29, 2008                    SCHAPIRO•THORN, INC.


                                            by:/s/ Brent D. Seymour
                                                 Brent D. Seymour
                                            Attorneys for Petitioner, Daniel Cortes Gene

1

2  Dated: February 29, 2008

3                                                                  /s/ Stephen A. Kalemkarian
                                                                      Stephen A. Kalemkarian
4                                                                Attorneys for Respondent, Corinne Cortes

5

6  GOOD CAUSE APPEARING, IT IS SO ORDERED, that the Court retain jurisdiction until at least June
   20, 2010 at which time the Court shall review status.
7

8

9  Dated:  4/14/2008

10                                                                 /s/ Sandra M. Snyder

11                                                                Sandra M. Snyder
                                                                  United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation re Continuation of Court's Jurisdiction
Cortes Gene v. Cortes, No. CV-F-05-1359 SMS

-3-

PDF created with pdfFactory trial version www.pdffactory.com