Katherine E. Donovan #142940
LAW OFFICES OF KATHERINE E. DONOVAN
1391 West Shaw Avenue, Suite D
Fresno, California 93711
(559) 228-6655

Attorneys for Respondent, CORINNE CORTES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

### SITTING AS A TREATY TRIBUNAL UNDER
### ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
### CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11602 ET SEQ.

******

| | |
|---|---|
| DANIEL CORTES GENE,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>CORINNE CORTES,<br><br>　　　　　　Respondent. | Case No.:   1:05-cv-01359 SMS<br><br>STIPULATION AND ORDER FOR CHANGE OF CHILDREN'S RESIDENCE, <u>AND OTHER ISSUES</u> |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]

******

International Child Abduction Remedies Act
42 U.S.C. 11601 et seq.

*CORTES GENE vs. CORTES , CASE NO.  CV F 05 1359 SMS*　　　　　　　　　　　　　　　　*PAGE NO. 1*

*121008.Stip&Order.rev120208*

PDF created with pdfFactory trial version www.pdffactory.com

1   PURSUANT TO THE STIPULATION OF THE PARTIES hereinafter set forth, and good cause
2   appearing therefor,

3   IT IS ORDERED, ADJUDGED AND DECREED THAT:

4   1. That the permanent residence address for the minor children of the parties, namely, LAURA
5   CORTES, daughter, born August 20, 1996, and ADINA CORTES, daughter, born March 23,
6   2000, be changed pursuant to stipulation of the parties, from Wawona, Mariposa County,
7   California, to Palos Verdes Estates, Los Angeles County, California, with the following
8   provisions:

9      a. That the existing therapeutic team shall remain in place; and Dr. Susan Napolitano and
10        Dr. Margaret Lee shall help coordinate with Dr. Christine D. Pigeon, Special Master, on
11        how to continue to use Dr. Napolitano via telephone and occasional office contact, as
12        well as other therapeutic interventions as may be necessary in the Palos Verdes area.

13     b. That Respondent shall make arrangements for the minor children to "de-brief" with Dr.
14        Napolitano as soon as possible.

15     c. That the venue of this proceeding shall remain with Magistrate Snyder.

16  2. That the fees of Dr. Napolitano, Dr. Lee, and Dimitra Doumpioti shall be paid equally, one-half
17  (1/2) by Petitioner, and one-half (1/2) by Respondent, for past, present, and future work. That
18  the fees for any therapists in the Palos Verdes area retained for the children shall also be paid
19  equally, one-half (1/2) by Petitioner, and one-half (1/2) by Respondent.

20  3. That the following original travel and identification documents for the minor children of the
21  parties shall travel back and forth with the children at all times:

22     a. U.S. passports;
23     b. Spanish passports;
24     c. DNI's (Spanish identity cards);
25     d. Indian birth certificates;
26     e. Indian "Certificates of Guardianship";
27     f. Legal Spanish adoption sentences;
28     g. Indian passports (expired);

PDF created with pdfFactory trial version www.pdffactory.com

      h. Spanish birth certificates; and,

      i. Letter of Permission to Travel from relinquishing parent.

4. That these original documents shall be exchanged in the following manner:

    a. 1)  That Petitioner presently has the children's DNI's in his possession, which he shall transfer to Respondent, with the children, at the end of the children's Winter Break 2008-2009 vacation with Petitioner. Said DNI's shall thereafter travel back and forth with the children, together with the children's other identification and travel documents.

      2)  That Respondent presently has the remaining documents in her possession. That Respondent shall package all of the travel and identification documents together, to be delivered to Petitioner, at the commencement of the next exchange of the children, at the commencement of the children's Winter Break  2008-2009 vacation with Petitioner. That Petitioner shall deliver all of said travel and identification documents to Respondent, at the end of the children's Winter Break 2008-2009 vacation with Petitioner.

    b. That the parties shall thereafter exchange between them all of said documents, at each future exchange of the physical custody of the minor children.

    c. That the parties shall also use a document checklist for said travel and identification documents, which checklist shall be receipted for, and dated and signed by each party at each exchange of the physical custody of the minor children.

    d. That the children's travel and identification documents shall, therefore, always be with the parent with whom the minor children are residing, from time to time.

    e. If either parent desires to travel with the children inside of North America or Europe, the traveling parent shall present the details of the proposed trip to the other parent, including the trip destination and itinerary reasonably ahead of time. The purpose for this provision is to allow the other parent with notice as to where the children shall be. Neither parent needs the approval of the other parent to engage in such travel. If a controversy arises, the trip shall be allowed unless the Special Master is contacted and opines otherwise.

    f. If either parent desires to travel with the children to any countries outside of North America and Europe, the traveling parent shall present details of the proposed trip to the

*CORTES GENE vs. CORTES , CASE NO.  CV F 05 1359 SMS*                                                                                    *PAGE NO. 3*
*121008.Stip&Order.rev120208*

PDF created with pdfFactory trial version www.pdffactory.com

        other parent as soon as the plans begin to be made.  If the parents cannot reach an agreement, the issue shall be submitted to the Special Master for resolution.

      g. That both parents will cooperate in renewing critical travel and identification documents (US passports, Spanish passports, and DNI's) before they expire.

5. That the minor children shall travel to Barcelona, Spain, to spend Winter Break 2008-2009, with Petitioner, effective commencing Saturday, December 20, 2008 (departure from Los Angeles airport, arriving in Barcelona on December 21, 2008) to Saturday, January 3, 2009 (departure from Barcelona, Spain).  That Petitioner shall purchase the airplane tickets for said Winter Break trip, forthwith.  That Petitioner shall provide verification of the amount of the cost therefor, together with the itinerary for said trip, to Respondent, forthwith.  That the parties shall also equalize, between them, the costs of said tickets, together with the tickets purchased by Respondent for Summer Break, 2008, so that each parent shall have paid the same amount for travel expenses.  That the parties shall alternate purchasing airflight tickets in the future, for future trips, in the same manner.

6. That Petitioner and Respondent shall submit their respective proposed schedules for the minor children, for the next year, from September, 2008 through September, 2009, to the Special Master, forthwith.  That the schedule will have time that the children go to Spain, with Petitioner, and time that Petitioner visits the children in the United States.

7. These orders shall be effective commencing from date of judge's signature, until written agreement of the parties, or further order of the Court.

///
///
///
///
///
///
///
///

*CORTES GENE vs. CORTES , CASE NO.  CV F 05 1359 SMS*                                                                                      *PAGE NO. 4*

*121008.Stip&Order.rev120208*

PDF created with pdfFactory trial version www.pdffactory.com

8. That the Court may use any of its powers, including the applicable laws of the United States and the State of California, to enforce this order.

Dated: December 15, 2008.                                  Dated: December 22, 2008.

SHAPIRO-THORN, INC.                                        LAW OFFICES OF KATHERINE E. DONOVAN

/s/ Brent D. Seymour                                       /s/ Katherine E. Donovan
BRENT D. SEYMOUR                                           KATHERINE E. DONOVAN
Attorney for Petitioner,                                   Attorney for Respondent,
DANIEL CORTES GENE                                         CORINNE CORTES

APPROVED:

Dated: December 17, 2008.

/s/ Christine D. Pigeon, Ph.D.
CHRISTINE D. PIGEON, Ph.D.
Special Master

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  12/23/2008

/s/ Sandra M. Snyder
SANDRA M. SNYDER,
U.S. MAGISTRATE JUDGE

*CORTES GENE vs. CORTES , CASE NO.  CV F 05 1359 SMS*                                              *PAGE NO. 5*

*121008.Stip&Order.rev120208*

PDF created with pdfFactory trial version www.pdffactory.com