Katherine E. Donovan #142940
LAW OFFICES OF KATHERINE E. DONOVAN
907 Santa Fe Avenue, Suite 102
Fresno, California 93721
Telephone: (559) 228-6655

Attorneys for Respondent, CORINNE CORTES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11602 ET SEQ.

******

| | |
|---|---|
| DANIEL CORTES GENE,<br><br>                Petitioner,<br><br>vs.<br><br>CORINNE CORTES,<br><br>                Respondent. | Case No.: 1:05-cv-01359-SMS<br><br>**STIPULATION AND ORDER FOR**<br>**<u>CONTINUED JURISDICTION</u>** |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]

******

International Child Abduction Remedies Act
42 U.S.C. 11601 et seq.

*CORTES GENE vs. CORTES , CASE NO.  CV F 05 1359 SMS*                                      *PAGE NO. 1*

*030810.S.O.Continue.Jurisdiction*

IT IS HEREBY STIPULATED by and between the parties, and through their respective counsel, as follows:

**1. <u>CONTINUING JURISDICTION</u>**: That jurisdiction over all of the minor children's issues, including child custody, child visitation, and child support, shall be retained by Magistrate Judge Sandra M. Snyder, of this Court, for a period of at least two (2) years from the date of this Order, to make such other and further orders as are necessary to implement, enforce, and/or modify the terms of this Order. That either party may file a Notice of Motion/Petition for this court to continue its jurisdiction over said issues thereafter; or the Court may, on its own motion, continue its jurisdiction over said issues.

| | |
|---|---|
| Dated: March 26, 2010. | Dated: March 8, 2010. |
| /s/ **DANIEL CORTES GENE** | /s/ **CORINNE CORTES** |
| _____ | _____ |
| DANIEL CORTES GENE, Petitioner | CORINNE CORTES, Respondent |
| | |
| Dated: March 26, 2010. | Dated: March 11, 2010. |
| SHAPIRO-THORN, INC. | LAW OFFICES OF KATHERINE E. DONOVAN |
| /s/ **BRENT D. SEYMOUR** | /s/ **KATHERINE E. DONOVAN** |
| _____ | _____ |
| BRENT D. SEYMOUR | KATHERINE E. DONOVAN |
| Attorney for Petitioner | Attorney for Respondent |
| DANIEL CORTES GENE | CORINNE CORTES |

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: <u>May 19, 2010</u>       /s/ Sandra M. Snyder
                               SANDRA M. SNYDER,
                               U.S. MAGISTRATE JUDGE

*CORTES GENE vs. CORTES , CASE NO. CV F 05 1359 SMS*                                                          *PAGE NO. 2*

*030810.S.O.Continue.Jurisdiction*

PDF created with pdfFactory trial version www.pdffactory.com