UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CORTES GENE,<br><br>                    Petitioner,<br><br>v.<br><br>CORINNE CORTES,<br><br>                    Respondent. | Case No. 1:05-cv-01359-EPG<br><br>**ORDER DIRECTING THE PARTIES TO SUBMIT A JOINT STATEMENT REGARDING WHETHER THE CASE MAY NOW BE CLOSED**<br><br>(ECF No. 70) |

On April 27, 2016, pursuant to the request of the parties, the Court agreed to retain jurisdiction over this matter until March 31, 2018, to accommodate issues with regard to the parties' youngest daughter. (ECF No. 70.) The Court notes that the date through which the Court agreed to maintain jurisdiction has long passed. Further, the Court notes that the parties' youngest daughter is no longer a minor, and thus that the reason for retaining jurisdiction and keeping this case open is no longer applicable. Accordingly, it appears that this case may now be closed. However, to ensure that there are no remaining issues to be resolved in this matter,

IT IS ORDERED that the parties shall submit a joint statement informing the Court of their position(s) regarding whether the case may now be closed.

IT IS SO ORDERED.

Dated:  __**October 2, 2019**__          /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1