UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CORTES GENE,<br><br>                    Petitioner,<br><br>v.<br><br>CORINNE CORTES,<br><br>                    Respondent. | Case No. 1:05-cv-01359-EPG<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE CASE**<br><br>(ECF Nos. 70, 72, 73) |

On April 27, 2016, pursuant to the request of the parties, the Court agreed to retain jurisdiction over this matter until March 31, 2018, to accommodate issues with regard to the parties' youngest daughter. (ECF No. 70.) Because the date through which the Court agreed to maintain jurisdiction has long passed, and the reason for retaining jurisdiction and keeping this case open is no longer applicable, the Court directed the parties to submit a joint statement informing the Court of their positions regarding whether the case may now be closed. (ECF No. 72.) The parties have filed their joint statement confirming that the case may now be closed. (ECF No. 73.) Accordingly, the Clerk of the Court is respectfully directed to CLOSE this case.

IT IS SO ORDERED.

    Dated: __**October 3, 2019**__                     /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE

1